1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  amartin@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
7
8  **STEPHEN A. CAIN, ESQ.** - State Bar No. 111049
   stephenaustincain@hotmail.com
9  1101 Standiford Avenue, Ste D-2
   Modesto, CA 95350
10 Telephone (209) 567-1300
   Facsimile: (209) 567-1304

11 Attorney for Plaintiff
   MARI HARPER
12

13              **UNITED STATES DISTRICT COURT**

14            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15                      **FRESNO DIVISION**

16

17 MARI HARPER,                           )
                                          ) CASE NO. 1:06-CV-00893 AWI (DLB)
18                                        )
              Plaintiff,                  )
19                                        ) **STIPULATION TO CONTINUE**
       vs.                                ) **SCHEDULING CONFERENCE AND**
20                                        ) **ORDER THEREON**
   UNUM LIFE INSURANCE COMPANY OF         )
21 AMERICA, and DOES 1-100, inclusive,    )
                                          )
22            Defendants.                 )
                                          )
23 _____)

24    **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

25 respective attorneys of record, that the Scheduling Conference in this matter, currently set for

26 September 14, 2006, be continued to November 16, 2006, or a date thereafter at the convenience

27 of the Court. A Joint Scheduling Report will be timely submitted one week prior to the new

28 conference date.

---

1    Good cause exists for this continuance in that plaintiff intends to file an Amended
2 Complaint to state a single claim for relief under the Employee Retirement Income Security Act
3 of 1974 ("ERISA").  This extension will allow plaintiff sufficient time to file a First Amended
4 Complaint and allow defendant to file a responsive pleading to the Amended Complaint.
5    Pursuant to local rules, this document is being electronically filed through the Court's
6 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
7 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
8 concurred with the filing of this document; and (3) a record supporting this concurrence is
9 available for inspection or production if so ordered.

10   **SO STIPULATED**.

                                      Respectfully submitted,

                                      RIMAC & MARTIN
                                      *a Professional Corporation*

14  DATED:  September 5, 2006      By:      **/s/ Anna M. Martin**
                                            ANNA M. MARTIN
                                            Attorneys for Defendant
                                            UNUM LIFE INSURANCE COMPANY OF
                                            AMERICA


19  DATED:  September 5, 2006      By:      **/s/ Stephen A. Cain**
                                            STEPHEN A. CAIN
                                            Attorneys for Plaintiff
                                            MARI HARPER

22                                  **ORDER**

23   **IT IS HEREBY ORDERED** that the Scheduling Conference in this matter be continued
24 to November 20, 2006 at 9:15.
25    IT IS SO ORDERED.

26   Dated:    September 5, 2006            **/s/ Dennis L. Beck**
     3b142a                                 UNITED STATES MAGISTRATE JUDGE

---

-2-

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE AND ORDER THEREON          CASE NO.  1:06-CV-00893 AWI (DLB)