1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  amartin@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
7

8  **STEPHEN A. CAIN, ESQ.** - State Bar No. 111049
   stephenaustincain@hotmail.com
9  1101 Standiford Avenue, Ste D-2
   Modesto, CA 95350
10 Telephone (209) 567-1300
   Facsimile: (209) 567-1304

11 Attorney for Plaintiff
   MARI HARPER
12

13              **UNITED STATES DISTRICT COURT**

14          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15                      **FRESNO DIVISION**

16                                                    ***E-FILING***

17 MARI HARPER,                          )
                                         ) CASE NO.  1:06-CV-00893 AWI (DLB)
18                                       )
              Plaintiff,                 )
19                                       ) **STIPULATION TO CONTINUE**
       vs.                               ) **SCHEDULING CONFERENCE AND**
20                                       ) **ORDER THEREON**
   UNUM LIFE INSURANCE COMPANY OF        )
21 AMERICA, and DOES 1-100, inclusive,   )
                                         )
22            Defendants.                )
                                         )
23 _____)

24     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

25 respective attorneys of record, that the Scheduling Conference in this matter, currently set for

26 November 20, 2006 at 9:15 a.m., be continued to November 27, 2006 at 9:15 a.m., or a date

27 thereafter at the convenience of the Court.  A Joint Scheduling Report will be timely submitted

28 one week prior to the new conference date.

---

**-1-**
**STIPULATION TO CONTINUE**
**SCHEDULING CONFERENCE AND ORDER THEREON**          **CASE NO.  1:06-CV-00893 AWI (DLB)**

1    Good cause exists for this brief continuance in that defendant's counsel has a hearing set
2 in Las Vegas on short notice that she must attend on November 21 & 22, 2006, which requires
3 that she travel to Las Vegas on November 19, 2006 to prepare witnesses for the hearing.
4    Pursuant to local rules, this document is being electronically filed through the Court's
5 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
6 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
7 concurred with the filing of this document; and (3) a record supporting this concurrence is
8 available for inspection or production if so ordered.
9    **SO STIPULATED**.

Respectfully submitted,

RIMAC & MARTIN
*a Professional Corporation*

DATED:  November 14, 2006        By:    /s/ **ANNA M. MARTIN**
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA


DATED:  November 14, 2006        By:    /s/ **STEPHEN A. CAIN**
                                        STEPHEN A. CAIN
                                        Attorneys for Plaintiff
                                        MARI HARPER


**ORDER**

**IT IS HEREBY ORDERED** that the Scheduling Conference in this matter be continued to November 27, 2006, at 9:15 a.m.

**SO ORDERED.**


DATED: November 14, 2006          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

---

-2-

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE AND ORDER THEREON        CASE NO.  1:06-CV-00893 AWI (DLB)