IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI HARPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUM LIFE INSURANCE COMPANY ) <br> OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CIV F 06-893 AWI DLB <br><br> ORDER VACATING <br> JANUARY 29, 2007, HEARING <br> DATE AND TAKING <br> DEFENDANT'S RULE 12(b)(6) <br> MOTION UNDER <br> SUBMISSION |

    Defendant has filed Rule 12(b)(6) Motions to Dismiss, which was scheduled for hearing on January 29, 2007.  Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 16, 2007.  Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 29,

1  2007, is VACATED, and no party shall appear at that time.  As of January 29, 2007,  the Court
2  will take the matter under submission, and will thereafter issue its decision.

4  IT IS SO ORDERED.

5  **Dated:**   **January 22, 2007**                           /s/ Anthony W. Ishii
   0m8i78                                          UNITED STATES DISTRICT JUDGE

2