IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CIV F 06-893 AWI DLB<br><br>ORDER VACATING OCTOBER 22, 2007, HEARING DATE AND TAKING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER SUBMISSION |

　　Plaintiff's Motion for Summary Adjudication of the Proper Standard of Review is pending in this action and set for hearing on Monday, October 22, 2007.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 22, 2007, is VACATED, and the parties shall not appear at that time.  As of October 22, 2007, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 17, 2007　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE