**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**STEPHEN A. CAIN, ESQ.** - State Bar No. 111049
stephenaustincain@hotmail.com
1101 Standiford Avenue, Ste D-2
Modesto, CA 95350
Telephone (209) 567-1300
Facsimile: (209) 567-1304

Attorney for Plaintiff
MARI HARPER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

*E-FILING*

| | |
|---|---|
| MARI HARPER, | CASE NO. 1:06-CV-00893 AWI (DLB) |
| Plaintiff, | |
| vs. | **STIPULATION TO RE-SET TRIAL DATE AND ENLARGE TIME FOR THE FILING OF RESPONSE BRIEFS AND ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-100, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the briefing schedule in this matter may be enlarged. The trial date is currently January 8, 2008 and the parties' response briefs are currently due on December 21, 2007. It is respectfully requested that the time for the parties to file response briefs be enlarged to January 21, 2008, and that trial date be continued to April 7, 2008, or a date thereafter at the convenience of the Court.

Good cause exists for this continuance in that Plaintiff's counsel is conducting a trial in

-1-
STIPULATION AND ORDER TO RE-SET TRIAL DATE
AND ENLARGE TIME FOR FILING OF RESPONSE BRIEFS    CASE NO. 1:06-CV-00893 AWI (DLB)

1   the Superior Court in Stanislaus County during the week of December 17th to the 21st, and the
2   Christmas and New Years Day holidays lie between that trial and the date that response briefs are
3   due in the above entitled matter.  Further, Plaintiff's counsel is scheduled for surgery during the
4   first week of January, 2008.
5       This extension will allow plaintiff's counsel sufficient time to recover from the Holidays,
6   his impending surgery, and to prepare for the trial of this matter.
7       Pursuant to local rules, this document is being electronically filed through the Court's
8   ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
9   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
10  concurred with the filing of this document; and (3) a record supporting this concurrence is
11  available for inspection or production if so ordered.
12  **SO STIPULATED**.

Respectfully submitted,

RIMAC & MARTIN
*a Professional Corporation*

16  DATED: December 21, 2007   By:   /s/ **ANNA M. MARTIN**
                                     ANNA M. MARTIN
                                     Attorneys for Defendant
                                     UNUM LIFE INSURANCE COMPANY OF
                                     AMERICA

21  DATED: December 21, 2007   By:   /s/ **STEPHEN A. CAIN**
                                     STEPHEN A. CAIN
                                     Attorneys for Plaintiff
                                     MARI HARPER

**ORDER**

1 **IT IS HEREBY ORDERED** that the trial date for CASE NO. 1:06-CV-00893 AWI
2 (DLB) in the United States District Court for the Eastern District of California, Fresno Division
3 is re-set to April 7, 2008 **at 1:30 p.m.**; and the last day to file response briefs will be January 21,
4 2008.

6 IT IS SO ORDERED.

7 **Dated:   December 21, 2007**           /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE