# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MARI HARPER, | ) CASE NO. 1:06-CV-00893 AWI DLB |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO ENLARGE TIME FOR THE FILING OF REPLY BRIEFS AND ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-100, inclusive, | ) |
| Defendants. | ) |

On January 16, 2008, the parties filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the briefing schedule in this matter may be enlarged. The trial date is currently April 7, 2008 and the parties reply briefs are currently due on January 21, 2008. It is respectfully requested that the last date to file reply briefs be continued to February 28, 2008, or a date thereafter at the convenience of the Court.

Good cause exists for this continuance in that Plaintiff's counsel underwent a major surgery during the first week of January, 2008.  Plaintiff's counsel was given a disability slip from his physician for four weeks, however, Plaintiff's counsel expects to be recovered enough to return to work in two weeks.

This extension will allow plaintiff's counsel sufficient time to recover from his surgery,

1  and to prepare for the trial of this matter.

2      Pursuant to local rules, this document is being electronically filed through the Court's
3  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
4  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
5  concurred with the filing of this document; and (3) a record supporting this concurrence is
6  available for inspection or production if so ordered.

7      **SO STIPULATED**.

8      Respectfully submitted,

9      RIMAC & MARTIN
10     *a Professional Corporation*

11 DATED: January 16, 2008    By:    /s/ **ANNA M. MARTIN**
    ANNA M. MARTIN
12     Attorneys for Defendant
    UNUM LIFE INSURANCE COMPANY OF
13     AMERICA

16 DATED: January 16, 2008    By:    /s/ **STEPHEN A. CAIN**
    STEPHEN A. CAIN
17     Attorneys for Plaintiff
    MARI HARPER

20     **ORDER**

21     **IT IS HEREBY ORDERED** that the last date to file reply briefs for CASE NO. 1:06-
22 CV-00893 AWI DLB in the United States District Court for the Eastern District of California,
23 Fresno Division is re-set to February 28, 2008.

25 IT IS SO ORDERED.

26 **Dated:   January 16, 2008**    /s/ Anthony W. Ishii
    UNITED STATES DISTRICT JUDGE

STIPULATION TO ENLARGE BRIEFING SCHEDULE AND ORDER THEREON
CASE NO.  1:06-CV-00893 AWI (DLB)