IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>    Defendant. | CIV F 06-893 AWI DLB<br><br>ORDER ON PLAINTIFF'S EX PARTE REQUEST FOR LATE FILING OF REPLY<br><br>(Doc. No. 47) |

    Bench trial in this matter is set for April 7, 2008.  By stipulation, the parties agreed that reply trial briefs would be filed by February 28, 2008.  Despite the stipulation, Defendant did not file its reply until February 29, 2008.  Plaintiff filed her reply, along with an ex parte request to allow the late filing, on March 4, 2008.

    Defendant's reason for late filing was that, at 5:00 p.m. on February 28, 2008, they could not log onto the Court's ECF system.  Defendant did not comply with the Local Rules dealing with unannounced technical failures and did not seek an order allowing the late filing.  See Local Rule 5-134(c).  Defendant, however, did e-mail a copy of its reply to the Court at 5:42 p.m. on February 28, 2008, which was appreciated.

    Plaintiff's reason for being late by an entire week was that the Plaintiff's counsel's law

firm was in the process of moving during the last week of February.  What Plaintiff's counsel conspicuously does not explain is what he or the firm was doing from December 20, 2007, the date of the first stipulation that changed the trial date and set a reply date, to the last week of February 2008.

Nevertheless, the bench trial in this matter is set for April 7, 2008, the Court believes that it has sufficient time to review the late filed materials.  Therefore, the Court will consider both parties' late filed replies.  However, the Court's orders are to be obeyed and future submissions (if any) are to be timely filed, otherwise they are subject to being struck.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's ex parte request to allow late filing is GRANTED and the Court will consider both Plaintiff's and Defendant's late filed replies.

IT IS SO ORDERED.

**Dated:      March 12, 2008**                       /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE