**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARI HARPER,** | CIV F 06-893 AWI DLB |
| Plaintiff, | ORDER FOR PARTIES TO SUBMIT PROPOSED |
| v. | FINDINGS AND OBJECTIONS VIA E-MAIL |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | |
| Defendant. | |

    On April 7, 2008, the bench trial in this ERISA matter occurred.  The Court ordered the parties to submit proposed findings of fact and conclusions of law.  The Court also allowed the parties to file responses/objections to the submitted proposed findings.  Both parties have timely submitted proposed findings.  Only Defendant has filed a response/objections.  However, neither party has submitted copies of their proposed findings to the Court via e-mail.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is to submit to the Court via e-mail addressed to its courtroom deputy Harold Nazaroff, preferably in Word Perfect format, copies of its proposed findings of fact and conclusions of law as soon as possible, but no later than 1:00 p.m. on May 9, 2008; and

2. Defendant is to submit to the Court via e-mail addressed to its courtroom deputy Harold Nazaroff, preferably in Word Perfect format, copies of its proposed findings of fact and conclusions of law and objections as soon as possible, but no later than 1:00 p.m. on May 9, 2008.

IT IS SO ORDERED.

**Dated:** **May 7, 2008**           /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2